## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLA POOL; CHRISTIAN McDUFFIE; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLONEL ROBERT P. HODGES, in his official capacity as Superintendent of the Louisiana State Police, <br><br> Defendant. | Civil Action No.: |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

1

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Plaintiffs Ella Pool, Christian McDuffie, and Firearms Policy Coalition, Inc. ("FPC") (collectively, "Plaintiffs") respectfully move for summary judgment against Defendant Colonel Robert P. Hodges, in his official capacity as Superintendent of the Louisiana State Police on the following claim within the Complaint, ECF No. 1.

Count I: That Louisiana's ban on 18-to-20-year old adults obtaining a concealed handgun permit in La. R.S. § 40:1379.3(C)(4), and all related laws, regulations, policies, and procedures, is unconstitutional under the Second and Fourteenth Amendments to the United States Constitution.

Plaintiffs' Motion for Summary Judgment collectively includes this Motion and the Plaintiffs' Memorandum and Declarations in Support.

Dated:  July 22, 2026

Respectfully Submitted,

/s/ Bradley A. Benbrook
Bradley A. Benbrook*
Stephen M. Duvernay*
Jamie G. McWilliam*
BENBROOK LAW GROUP, P.C.
701 University Avenue, Suite 106
Sacramento, California  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com
jamie@benbrooklawgroup.com

/s/ George J. Armbruster
George J. Armbruster III - #23432
ARMBRUSTER & ASSOCIATES, APLC
332 E. Farrel Rd,, Ste. D
Lafayette, LA  70508
Telephone: (337) 889-5511
george@arm-assoc.com

*Attorneys for Plaintiffs*

*Application to appear *pro hac vice* forthcoming

2