AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:26-CV-02650

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Colonel Robert P Hodges, Superintendent of Louisiana of State Police was received by me on *(date)* July 24, 2026, 8:56 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cynthia Taylor, Authorized Employee in Department of Legal Affairs , who is designated by law to accept service of process on behalf of *(name of organization)* Colonel Robert P Hodges, Superintendent of Louisiana of State Police on *(date)* Tuesday, July 28 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0 for travel and $ 117.08 for services, for a total of $117.08.

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

Tom Cassisa, Process Server
_____
*Printed name and title*

CAPITAL PROCESS SERVICE, LLC.........................................
P.O. Box 77136, Baton Rouge, LA 70879-3136 ....................
225-756-2537 • www.BatonRougeProcessServer.com.................
_____
*Server's address*

Additional information regarding attempted service, etc.:
Successful Service: July 28, 2026, 1:52 pm CDT at Louisiana State Police Legal Department: 7919 Independence Boulevard, Baton Rouge, LA 70806.
Received by Cynthia Taylor, Authorized Employee in Department of Legal Affairs. Age: 50s; Ethnicity: African American; Gender: Female; Height: 5'6"; Hair: Black; Eyes: Brown.
Subject willingly accepted service.