**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

ELLA POOL, et al.,

PLAINTIFFS,

v.

COLONEL FRANK J. BESSON,[1]

DEFENDANT.

Civil Action No. 6:26-cv-2650

Judge: DCJ - DJA

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant Colonel Frank J. Besson respectfully moves for an extension of time of 60 days, or alternatively 30 days, to file responsive pleadings. Responsive pleadings are presently due on August 18, 2026. The requested 60-day extension would extend that deadline to October 17, 2026, and the alternative 30-day extension would extend that deadline to September 17, 2026. Plaintiffs oppose both requests.

There is good cause for the 60-day extension because Plaintiffs' Complaint "draw[s] into question the constitutionality of a federal … statute," namely 18 U.S.C. § 922(q)(2)(A)—a provision of the federal Gun-Free School Zones Act. *See* Compl. ¶¶ 15–18. Because the United States is not a party, Rule 5.1 requires the parties to notify the Court, and the Court to "certify to the … attorney general that a statute has been questioned." Fed. R. Civ. P. 5.1(a), (b); *see* ECF No. 6. After, the Department of Justice "may intervene within 60 days," during which time "the court may reject

---

[1] Colonel Robert Hodges retired from his post as the Superintendent of Louisiana State Police, effective July 31, 2026, and Colonel Frank J. Besson assumed the role. *See* Fed. R. Civ. P. 25(d).

1

the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c); *see* 28 U.S.C. § 2403(a). Allowing the requested extension would permit the United States to determine whether to intervene before Defendant briefs the merits of Plaintiffs' constitutional challenge, avoiding potentially duplicative briefing and conserving the parties' and Court's resources.

At minimum, there is good cause for the 30-day extension because of an unusually pressing schedule. Since July 31 and through August 14, Mr. Aguiñaga and Mr. Faircloth have been responsible for oral argument on exceptions in *State v. Roblox Corp.*, No. 1188950 (21st JDC) on July 31; oral argument in *Plaquemines Parish v. ConocoPhillips*, No. 23-30336 (5th Cir.) on August 5; a reply brief in *State v. Cosey*, No. 2025-KA-1157 (La.) on August 6; an amicus brief in *Guerrero v. Johnson*, No. 25-1003 (U.S.) on August 6; an opposition to a motion to recuse in *State v. Leger*, No. 01-157807 (16th JDC) on August 7; and a post-hearing brief in *State v. Frank*, No. 375-992 (CDC) on August 10. A 30-day extension would provide sufficient time to prepare Defendant's response without materially delaying this case.

Dated: August 13, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

 /s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH (LA 39875)
 Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone:  (225) 421-4088
Facsimile:   (225) 326-6795
FairclothZ@ag.louisiana.gov

*Counsel for Defendant*

3

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules 7.4.1 and 7.9, undersigned counsel certifies that on August 10, 2026, counsel conferred with Plaintiff regarding the requested extension and need to notify the Attorney General under Rule 5.1. Plaintiffs advised that they oppose the requested extension on August 12.

_/s/ Zachary Faircloth_
ZACHARY FAIRCLOTH (LA 39875)

4