**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ELLA POOL, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>COLONEL FRANK J. BESSON,<br><br>DEFENDANT. | Civil Action No. 6:26-cv-2650<br><br>Judge: DCJ - DJA |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Upon consideration of Defendant's Motion for Extension of Time to File Responsive Pleadings under Local Rule 7(a), the Court **ORDERS** that the motion is **GRANTED**. The responsive pleading deadline is **EXTENDED** sixty days to October 17, 2026.

Lafayette, Louisiana this 17th day of August, 2026.

David J. Ayo
United States Magistrate Judge