*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ELLA POOL; CHRISTIAN McDUFFIE; and FIREARMS POLICY COALITION, INC.,
Plaintiffs

Case No. 6:26-cv-2650

VS.

COLONEL FRANK J. BESSON,[1] in his official capacity as Superintendent of the Louisiana State Police,
Defendant

Judge David C. Joseph
Magistrate Judge David J. Ayo

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made by Jamie G. McWilliam to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiffs Ella Pool; Christian McDuffie; and Firearms Policy Coalition, Inc. in the above-described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the Supreme Court of Texas, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.
- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.
- There have been no disciplinary proceedings or criminal charges instituted against me.

[1] Defendant Colonel Frank J. Besson was substituted for Colonel Robert Hodges in accordance with Fed. R. Civ. P. 25(d).

(Rev. 6/14/2022)

- In accordance with the local rules for the United States District Court, Western District of Louisiana, George J. Armbruster III of the firm of Armbruster & Associates, APLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

/s/ Jamie G. McWilliam
Signature of Applying Attorney

Applying attorney may use typed "s/ signature."

/s/ George J. Armbruster III
Signature of Local Counsel

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

Name: Jamie G. McWilliam
Firm: BENBROOK LAW GROUP, P.C.
Address: 701 University Ave., Ste. 106
Sacramento, CA 95825
Telephone: (916) 447-4900
Fax:
E-mail: jamie@benbrooklawgroup.com

LOCAL COUNSEL INFORMATION:

Name: George J. Armbruster III
Firm: ARMBRUSTER & ASSOCIATES, APLC
Address: 332 E. Farrel Rd., Ste. D
Lafayette, LA 70508
Telephone: (337) 889-5511
Fax: (337) 889-5512
E-mail: george@arm-assoc.com

*(Rev. 6/14/2022)*

Certificate of Service

I hereby certify that on August 20, 2026, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Zachary Faircloth, and I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: N/A.

/s/ George J. Armbruster III
Signature

Name: /s/ George J. Armbruster III
Firm: ARMBRUSTER & ASSOCIATES, APLC
Address: 332 E. Farrel Rd., Ste. D
Lafayette, LA 70508
Telephone: (337) 889-5511
Fax: (337) 889-5512
E-mail: george@arm-assoc.com