*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ELLA POOL; CHRISTIAN McDUFFIE; and FIREARMS POLICY COALITION, INC.,
Plaintiffs

Case No. 6:26-cv-2650

VS.

COLONEL FRANK J. BESSON, in his official capacity as Superintendent of the Louisiana State Police,
Defendant

Judge David C. Joseph
Magistrate Judge David J. Ayo

**ORDER**

IT IS ORDERED that Bradley A. Benbrook be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Ella Pool; Christian McDuffie; and Firearms Policy Coalition, Inc. in the above described action.

SO ORDERED on this, the 25th day of Aug., 20 26.

U.S. Magistrate Judge