**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELLA POOL; CHRISTIAN McDUFFIE; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COLONEL FRANK J. BESSON[1], in his official capacity as Superintendent of the Louisiana State Police,<br><br>Defendant. | Civil Action No.: 6:26-cv-02650-DCJ-DJA |

**JOINT STATUS REPORT**

[1] Defendant Colonel Frank J. Besson was substituted for Colonel Robert Hodges in accordance with Fed. R. Civ. P. 25(d).

Pursuant to the Court's September 1, 2026 Minute Entry (ECF No. 19), Plaintiffs and Defendant submit this joint status report.

The parties have conferred regarding the scheduling and procedural issues identified by the Court and agree that additional time is necessary to address the matters raised in that filing.

The parties therefore respectfully request that the Court extend the deadline to file the proposed briefing schedule and response by seven (7) days, to and including September 15, 2026.

Dated: September 8, 2026

Respectfully,

/s/ *George J. Armbruster III*
George J. Armbruster III (LA #23432)
ARMBRUSTER & ASSOCIATES, APLC
332 E. Farrel Rd., Ste. D
Lafayette, LA 70508
(337) 889-5511
george@arm-assoc.com

/s/ *Stephen M. Duvernay*
Bradley A. Benbrook (*pro hac vice*)
Stephen M. Duvernay (*pro hac vice*)
Jamie G. McWilliam (*pro hac vice*)
BENBROOK LAW GROUP, P.C.
701 University Ave., Ste. 106
Sacramento, CA 95825
(916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Counsel for Plaintiffs*

/s/ *Zachary Faircloth*
LIZ MURRILL
Attorney General
Zachary Faircloth (LA #39875)
Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
FairclothZ@ag.louisiana.gov

*Counsel for Defendant*