**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

ELLA POOL; CHRISTIAN McDUFFIE; CHARLES MATTHEWS; and FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

COLONEL FRANK J. BESSON[1], in his official capacity as Superintendent of the Louisiana State Police,

Defendant.

Civil Action No.: 6:26-cv-02650-DCJ-DJA

**JOINT STATUS REPORT**

[1] Defendant Colonel Frank J. Besson was substituted for Colonel Robert Hodges in accordance with Fed. R. Civ. P. 25(d).

Pursuant to the Court's September 1, 2026 Minute Entry (ECF No. 19) and its subsequent order granting the parties' request for extension of time (ECF No. 21), Plaintiffs and Defendant submit this joint status report.

On September 7, Defendant served Plaintiffs with a motion for sanctions under Federal Rule of Civil Procedure 11(c)(2). The parties jointly request that the Court defer consideration of Plaintiffs' motion for preliminary injunction until after Defendant's Rule 11 motion is resolved.

Pursuant to Federal Rule of Civil Procedure 11(c)(2), Defendant cannot file and serve the Rule 11 motion until September 28. Once the motion is filed, the parties will follow the default briefing rules set out in Local Rule 7.4

The parties request that the Court set the Rule 11 motion for hearing during the week of October 26, or as soon thereafter as its schedule permits.[2]

The parties further request that the Court set a status conference within a week of its ruling on the Rule 11 motion to address the briefing schedule on the Preliminary Injunction and the possible consolidation of the Motion for Preliminary Injunction with the trial on the merits pursuant to Rule 65(a)(2).

Dated: September 15, 2026

Respectfully,

/s/ *George J. Armbruster III*
George J. Armbruster III (LA #23432)
ARMBRUSTER & ASSOCIATES, APLC
332 E. Farrel Rd., Ste. D
Lafayette, LA 70508
(337) 889-5511
george@arm-assoc.com

/s/ *Stephen M. Duvernay*
Bradley A. Benbrook (*pro hac vice*)
Stephen M. Duvernay (*pro hac vice*)
Jamie G. McWilliam (*pro hac vice*)
BENBROOK LAW GROUP, P.C.
701 University Ave., Ste. 106
Sacramento, CA 95825
(916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Counsel for Plaintiffs*

[2] Counsel for Plaintiffs are unavailable on October 26 and November 2.

/s/ *Zachary Faircloth*
LIZ MURRILL
Attorney General
Zachary Faircloth (LA #39875)
Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
FairclothZ@ag.louisiana.gov

*Counsel for Defendant*