**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ELLA POOL, et al., PLAINTIFFS, v. COLONEL FRANK J. BESSON, DEFENDANT. | Civil Action No. 6:26-cv-2650<br>Judge: DCJ - DJA |

**DEFENDANT'S MOTION FOR RULE 11 SANCTIONS**

Defendant Colonel Frank J. Besson moves for sanctions under Federal Rule of Civil Procedure 11. Defendant served Plaintiffs with the motion on September 7, 2026. ECF No. 22. More than 21 days have passed, and Plaintiffs have not withdrawn or corrected the challenged claim. *See* Fed. R. Civ. P. 11(c)(2).

For the reasons stated in the accompanying memorandum, Defendant requests that the Court impose a sanction sufficient to deter repetition of the conduct—either reasonable attorney's fees and expenses caused by the violation or an appropriate nonmonetary corrective sanction.

Respectfully submitted,

Dated: September 29, 2026

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Zachary Faircloth*
ZACHARY FAIRCLOTH (LA 39875)
Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 421-4088
Facsimile: (225) 326-6795
FairclothZ@ag.louisiana.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH (LA 39875)