**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

ELLA POOL, et al.,

PLAINTIFFS,

v.

COLONEL FRANK J. BESSON,

DEFENDANT.

Civil Action No. 6:26-cv-2650

Judge: DCJ - DJA

**[PROPOSED] ORDER GRANTING DEFENDANT'S RULE 11 MOTION**

Upon consideration of Defendant's Motion for Rule 11, the Court **ORDERS** that the motion is **GRANTED**.

______________________________
**UNITED STATES DISTRICT JUDGE**