# **EXHIBIT A**

## Aguinaga, Ben

**From:** Aguinaga, Ben
**Sent:** Monday, May 12, 2025 11:52 AM
**To:** 'Steve Duvernay'
**Cc:** Faircloth, Zachary; George Armbruster III
**Subject:** RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)

Thanks, Steve, we'll incorporate that edits and get on file shortly. Thanks again.

Ben

**J. Benjamin Aguiñaga**
Solicitor General
Office of Attorney General Liz Murrill
Tel: (225) 506-3746
aguinagab@ag.louisiana.gov
www.AGLizMurrill.com

---

**From:** Steve Duvernay <Steve@benbrooklawgroup.com>
**Sent:** Monday, May 12, 2025 10:39 AM
**To:** Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>
**Cc:** Faircloth, Zachary <FairclothZ@ag.louisiana.gov>; George Armbruster III <george@arm-assoc.com>
**Subject:** Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)

Ben,

One minor proposed edit in redline. Copying co-counsel as well.

Sincerely,

Steve
**Stephen Duvernay**
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
(916) 447-4900
steve@benbrooklawgroup.com

---

**From:** Steve Duvernay <Steve@benbrooklawgroup.com>
**Date:** Monday, May 12, 2025 at 10:04 AM
**To:** Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>
**Cc:** Faircloth, Zachary <FairclothZ@ag.louisiana.gov>
**Subject:** Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)

Ben,

Sorry for the delay here. I'm waiting on client approval, which I expect to have this morning.

Sincerely,

Steve
**Stephen Duvernay**
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
(916) 447-4900
steve@benbrooklawgroup.com

---

**From:** Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>
**Date:** Monday, May 12, 2025 at 8:44 AM
**To:** Steve Duvernay <Steve@benbrooklawgroup.com>
**Cc:** Faircloth, Zachary <FairclothZ@ag.louisiana.gov>
**Subject:** Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)

Steve—just had a note to check back in here.

Sent from my iPhone

On May 9, 2025, at 2:43 PM, Aguinaga, Ben <AguinagaJ@ag.louisiana.gov> wrote:

Sure, the attached reflects option (1).

<image001.png>

J. Benjamin Aguiñaga
Solicitor General
Office of Attorney General Liz Murrill
Tel: (225) 506-3746
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov>
www.AGLizMurrill.com<http://www.aglizmurrill.com/>

From: Steve Duvernay <Steve@benbrooklawgroup.com>
Sent: Friday, May 9, 2025 2:37 PM
To: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>
Cc: Faircloth, Zachary <FairclothZ@ag.louisiana.gov>
Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)

Ben,

Rather than request an administrative closure, could we either (1) request a stay until the legislature adjourns in June and propose filing a status report seven days after adjournment, or (2) stipulate to extend the State's responsive pleading deadline until after adjournment?

Sincerely,

Steve
Stephen Duvernay
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
(916) 447-4900
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com>

From: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
Date: Friday, May 9, 2025 at 11:29 AM
To: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
Cc: Faircloth, Zachary <FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov>>
Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
Ben,

Thanks for the quick turnaround. Let me run this by my client and I'll get back to you ASAP.

Sincerely,

Steve
Stephen Duvernay
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
(916) 447-4900
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com>

From: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
Date: Friday, May 9, 2025 at 10:43 AM
To: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
Cc: Faircloth, Zachary <FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov>>
Subject: RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
Steve, here is a draft for your review--many thanks.

J. Benjamin Aguiñaga
Solicitor General
Office of Attorney General Liz Murrill
Tel: (225) 506-3746
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov>
www.AGLizMurrill.com<http://www.AGLizMurrill.com>

-----Original Message-----
From: Aguinaga, Ben
Sent: Friday, May 9, 2025 12:15 PM

To: 'Steve Duvernay' <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
Cc: Faircloth, Zachary <FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov>>
Subject: RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)

Thanks, Steve. Sure thing, I'll circulate shortly. (Zack, I'll use the template we just ran in the moratorium case.)

J. Benjamin Aguiñaga
Solicitor General
Office of Attorney General Liz Murrill
Tel: (225) 506-3746
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov>
www.AGLizMurrill.com<http://www.AGLizMurrill.com>

-----Original Message-----
From: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
Sent: Friday, May 9, 2025 12:04 PM
To: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)

Ben,

Plaintiffs will agree to an abeyance while we watch the legislative process plays out. Would you mind taking the lead on the joint motion?

Sincerely,

Steve

> On May 9, 2025, at 10:02 AM, Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>> wrote:
>
> Steve, just circling back here since I think we'll want to get a joint abeyance motion on the books fairly soon. Thanks.
>
>
> J. Benjamin Aguiñaga
> Solicitor General
> Office of Attorney General Liz Murrill
> Tel: (225) 506-3746
> aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov>
> www.AGLizMurrill.com<http://www.AGLizMurrill.com>
>
>
>
> -----Original Message-----
> From: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
> Sent: Tuesday, April 29, 2025 8:55 PM
> To: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>

> Ben,
>
> I'm free between 10:00-10:30 and 4:15-6:00. You can reach me on my cell at (510) 610-4873.
>
> Sincerely,
>
> Steve
>
>> On Apr 29, 2025, at 6:49 PM, Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>> wrote:
>>
>> Hey Steve, can I call you between 9-10:30am CST tomorrow? Not sure if that's before your business hours given the time zones. Can also call between 4-6pm CsT.
>>
>> Sent from my iPhone
>>
>> On Apr 28, 2025, at 3:40 PM, Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>> wrote:
>>
>>
>> Ben,
>>
>> Following up here. Let me know when you have time for a quick call.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>
>>
>> From: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
>> Date: Thursday, April 17, 2025 at 3:41 PM
>> To: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Ben,
>>
>> That sounds good—let me know what day/time works best for your schedule.
>>
>> As to the 18-20 question: The current lawsuit does not raise the issue, but FPC has filed several cases in other jurisdictions raising the claim (including Reese) and is prepared to file suit raising the same claims against Louisiana.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC

>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>
>>
>> From: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
>> Date: Thursday, April 17, 2025 at 3:17 PM
>> To: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Thanks, Steve. Why don't we connect next week? I've not spoken with Lauren about this issue yet. On the age question, am I correct that your lawsuit doesn't currently raise that issue?
>>
>>
>> Sent from my iPhone
>>
>> On Apr 16, 2025, at 12:40 PM, Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>> wrote:
>>
>>
>> Ben,
>>
>> One other item to flag for your consideration, since we have previously discussed a legislative fix to the permitting scheme. Attached is a draft proposal that addresses the residency requirement as well as the provision that prohibits eighteen-to-twenty-year-old adults from applying for a concealed handgun permit. The Fifth Circuit's recent decision in Reese v. BATFE, 127 F.4th 583 (5th Cir. 2025) confirms that such age restrictions violate the Second Amendment. Accordingly, we propose that the legislature amend the law to remove that age restriction.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>
>>
>> From: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
>> Date: Wednesday, April 16, 2025 at 5:52 AM
>> To: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Ben,
>>
>> It appears that there is a pending bill that would remove the residency requirement for concealed handgun permits:
>>
>> https://legiscan.com/LA/text/HB407/id/3201130
>>
>> Let me know if you have a few minutes to discuss this development.

>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>
>>
>>
>> From: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
>> Date: Thursday, March 27, 2025 at 11:46 AM
>> To: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Ben,
>>
>> Thanks very much. I'll give you a call at 9:30.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>
>>
>>
>> From: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
>> Date: Thursday, March 27, 2025 at 12:15 PM
>> To: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> No worries at all. I have a window between about 9-10am CST tomorrow if that works.
>>
>> Sent from my iPhone
>>
>> On Mar 27, 2025, at 9:29 AM, Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>> wrote:
>>
>>
>> Ben,
>>
>> Sorry for the delay in responding. My travel schedule yesterday was bit more hectic than I anticipated. If you're still available tomorrow morning, let me know what time works best and I'll give you a call.
>>

>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>
>>
>>
>> From: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
>> Date: Tuesday, March 25, 2025 at 12:57 PM
>> To: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
>> Cc: Faircloth, Zachary <FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov>>, Glazer, Phyllis <GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov>>, george@arm-assoc.com<mailto:george@arm-assoc.com> <george@arm-assoc.com<mailto:george@arm-assoc.com>>
>> Subject: RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Yes, why don't you give me a call at the number below whenever you free up in the afternoon? I think I'm free until about 4pm. Alternatively, I can just as easily do Friday morning—thanks!
>>
>> <image001.png>
>>
>> J. Benjamin Aguiñaga
>> Solicitor General
>> Office of Attorney General Liz Murrill
>> Tel: (225) 506-3746
>>
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov>>
>>
www.AGLizMurrill.com<http://www.aglizmurrill.com/><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e>
>>
>>
>>
>> From: Steve Duvernay <Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com>>
>> Sent: Tuesday, March 25, 2025 11:47 AM
>> To: Aguinaga, Ben <AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov>>
>> Cc: Faircloth, Zachary <FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov>>; Glazer, Phyllis <GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov>>; george@arm-assoc.com<mailto:george@arm-assoc.com>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>>
>> Ben,
>>
>> I'm traveling to Texas early tomorrow morning, but I'll be available after 2:30 or so Central. I am available Thursday

morning and Friday morning as well.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>
>>
>>
>> From: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Date: Tuesday, March 25, 2025 at 9:31 AM
>> To: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Cc: Faircloth, Zachary
<FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov>>>, Glazer, Phyllis
<GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov%3cmailto:GlazerP@ag.louisiana.gov>>>, george@arm-assoc.com<mailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com>> <george@arm-assoc.com<mailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com>>>
>> Subject: RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Thanks, Steve. As promised, attached is the executed waiver of service. And yes, I'm happy to talk—would sometime tomorrow morning work for you?
>>
>> <image001.png>
>>
>> J. Benjamin Aguiñaga
>> Solicitor General
>> Office of Attorney General Liz Murrill
>> Tel: (225) 506-3746
>>
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov>>
>>
www.AGLizMurrill.com<http://www.aglizmurrill.com/><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e>
>>
>>
>>
>> From: Steve Duvernay

<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Sent: Tuesday, March 25, 2025 11:07 AM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Cc: Faircloth, Zachary
<FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov>>>; Glazer, Phyllis
<GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov%3cmailto:GlazerP@ag.louisiana.gov>>>; george@arm-assoc.com<mailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>>
>> Ben,
>>
>> Thanks for confirming on the waiver of service. Do you have a few minutes this week to discuss the next steps? Whether to amend straightaway depends on the probability of a legislative fix. I'd like to talk through the most efficient procedural option now that service has been accomplished.
>>
>> Sincerely,
>>
>> Steve
>>
>> On Mar 25, 2025, at 8:21 AM, Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>> wrote:
>>
>> Good morning, Steve and George:
>>
>> I will execute the waiver of service today and scan back to you all. Can you let me know the state of play on your end? I know you needed to meet a deadline to complete service, but I thought we agreed that the complaint, at a minimum, needs to be amended to solve some of the issues we discussed. So, will we be awaiting an amended complaint, or do we need to begin the motion practice I was hoping to avoid? Thanks very much!
>>
>> Ben
>>
>> <image001.png>
>>
>> J. Benjamin Aguiñaga
>> Solicitor General
>> Office of Attorney General Liz Murrill
>> Tel: (225) 506-3746
>>
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov>>
>>
www.AGLizMurrill.com<http://www.aglizmurrill.com/><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e>

>>
>>
>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Sent: Wednesday, March 12, 2025 12:10 PM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Cc: Faircloth, Zachary
<FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov>>>; Glazer, Phyllis
<GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov%3cmailto:GlazerP@ag.louisiana.gov>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>>
>> CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>> Ben,
>>
>> Thanks for your response and for agreeing to accept service. I'll confer with FPC and get a response on how it intends to proceed with respect to amending the complaint. If there is hope for a legislative fix we may want to consider deferring your time to respond. We'll put some thought into specifics for amending the relevant laws. At a high level, extending § 40:1379.3(T)(2) reciprocity to include all states and eliminating § 40:1379.3(C)(3)'s residency requirement would seem to address the key issues we've raised in the lawsuit.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>
>>
>> From: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Date: Wednesday, March 12, 2025 at 9:36 AM
>> To: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Cc: Faircloth, Zachary
<FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov>>>, Glazer, Phyllis
<GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov%3cmailto:GlazerP@ag.louisiana.gov>>>
>> Subject: RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)

>> P.S. Steve, as you may know, we're headed into a legislative session. So if there's anything you'd like to change in the law, we're obviously open to hearing proposals and trying to work with you all.
>>
>> <image001.png>
>>
>> J. Benjamin Aguiñaga
>> Solicitor General
>> Office of Attorney General Liz Murrill
>> Tel: (225) 506-3746
>>
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov>>
>>
www.AGLizMurrill.com<http://www.aglizmurrill.com/><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e>
>>
>>
>>
>> From: Aguinaga, Ben
>> Sent: Wednesday, March 12, 2025 11:31 AM
>> To: 'Steve Duvernay'
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Cc: Faircloth, Zachary
<FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov>>>; Glazer, Phyllis
<GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov<mailto:GlazerP@ag.louisiana.gov%3cmailto:GlazerP@ag.louisiana.gov>>>
>> Subject: RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>>
>> Steve—my apologies for missing this email. We were in all-day PI hearing on Friday for a scheduled execution. We can accept service.
>>
>> But I want to make sure I'm clear on your paragraph below: I'm not sure what you mean by one member who is "adversely impacted." (It doesn't sound like the other members you identify have standing?) If that person is going to be your plaintiff, can you just amend your complaint to take out the two named plaintiffs who don't work and then add allegations about this new member? Obviously it's up to you, but I'm still not seeing a plausible standing argument—and I'm hoping that we don't have to wait until an MTD opposition brief to find out what your standing argument is. If you don't want to disclose, we certainly can't force you to. But if I think we're headed to dismissal for lack of standing, I'd prefer to not dedicate too much time and resources to this.
>>
>> Just let me know how you'd like to proceed—thanks!
>>
>> Ben
>>
>> <image001.png>
>>
>> J. Benjamin Aguiñaga
>> Solicitor General

>> Office of Attorney General Liz Murrill
>> Tel: (225) 506-3746
>>
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov>>
>>
www.AGLizMurrill.com<http://www.aglizmurrill.com/><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e>
>>
>>
>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Sent: Friday, March 7, 2025 12:51 PM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>>
>> CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>> Ben,
>>
>> Checking back in here. Please let me know if your office is authorized to accept service.
>>
>> As a courtesy regarding your concern about the real world negative impact of the challenged carry laws on individuals who reside in states that do not have reciprocity, FPC has identified at least one member from a state not covered by § 40:1379.3(T)(2) who is adversely impacted by the restriction. FPC can further confirm that its members throughout the non-reciprocal states cannot exercise their Second Amendment protected rights within Louisiana on equal footing with residents because of the existing prohibition on their ability to apply for a carry license. As you've already noted Louisiana's wholehearted embrace of the Second Amendment, we're confident that this will provide you the assurance you need so that we can work together to resolve the merits of the issues we've raised.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>
>>
>> From: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>

>> Date: Thursday, February 20, 2025 at 6:47 AM
>> To: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Steve—thanks for checking in. On your service question, I think we will be able to accept service, but let me confirm before fully committing.
>>
>> On your first point, are you suggesting that you all will amend your complaint to make allegations regarding these other members? For example, I'm not sure how the standing problem would be avoided if none of these members are ever in Louisiana. All that to say I think we'd prefer to avoid unnecessary motion practice, which means trying to nail down exactly what you'd like your claims and plaintiffs to be.
>>
>> Relatedly, I thought a little more about your federal exemption question, and (a) it's not clear to me that, if ATF actually holds that view (why don't you ask the new admin?), it's correct and (b) even if so, any disparate impact is really a product of federal law, rather than a state's fault, so I'm not sure how this could be the basis of a lawsuit against us.
>>
>>
>>
>> Sent from my iPhone
>>
>> On Feb 19, 2025, at 9:24 AM, Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>> wrote:
>>
>> CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>>
>> Ben,
>>
>> Following up here on two issues.
>>
>> First, as to reciprocity for out of state license holders: FPC has numerous members who hold concealed carry licenses in states that are not covered by § 40:1379.3(T)(2) because their home states do not offer reciprocity (I believe the non-reciprocal states include California, Connecticut, Delaware, Hawaii, Illinois, Maryland, Massachusetts, New Jersey, New Mexico, New York, Oregon, Rhode Island). This further underscores the need to provide an avenue for nonresidents to apply for a Louisiana license.
>>
>> Second, I'm following up on the service question. Please let me know if your office is authorized to accept service of the summons and complaint. We are happy to extend the State's deadline to respond (or otherwise pause proceedings) for a brief period while we work toward an informal resolution of the issues raised in the case.
>>
>> Please let me know when you have time to discuss these issues.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900

>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>
>>
>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Date: Wednesday, February 12, 2025 at 12:23 PM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Ben,
>>
>> Following up on the issue we discussed last week. Let me know if you have any update on your end, or if we can provide any further information to move things forward. In addition, we will need to sort out service in the near future to avoid a Rule 4(m) issue. I believe our 90 day clock runs on March 20.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>
>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Date: Thursday, February 6, 2025 at 11:15 AM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Ben,
>>
>> Thanks for your time today. The case I mentioned is attached. United States v. Allam, 677 F. Supp. 3d 545, 566–67 & nn.30–31 (E.D. Tex. 2023) (discussing exemption); 18 U.S.C. § 922(q)(2)(B)(ii) (providing an exemption "if the individual possessing the firearm is licensed to do so by the State in which the school zone is located or a political subdivision of the State, and the law of the State or political subdivision requires that, before an individual obtains such a license, the law enforcement authorities of the State or political subdivision verify that the individual is qualified under law to receive the license"). Footnote 31 notes the following:
>>
>>
>> Section 922(q)(2)(B)(ii)'s requirement that the permit be issued by the state in which the school is located has

significant implications as well. "The ATF has taken the position that a nonresident who is licensed by a state through reciprocity alone, giving recognition to a permit issued by another state, is not 'licensed to do so by the State in which the school zone is located'--licensure by that state through reciprocity is not, in their view, licensure by a state." Royce de R. Barondes, Federalism Implications of Non-Recognition of Licensure Reciprocity Under the Gun-Free School Zones Act, 32 J.L. & Pol. 139, 144 (2017). "[E]ven if a state has a formal reciprocity agreement with the permit holder's state to honor her out-of-state permit--just as states do with driver's licenses--the citizen is still subject to prosecution under the [Act]." [Tyler R. Smotherman, Troubleshooting the Gun-Free School Zones Act: A Call for Amendment in the Age of Constitutional Carry, 55 Tex. Tech L. Rev. 359, 395 (2023)] ("[T]he ATF has stated that formal reciprocity agreements between states to honor each other's [concealed carry weapons] permits do not satisfy the requirements of the [Act].").
>>
>> The ATF letter Barondes cites for this position is also attached for your consideration, which states "A license qualified as an exception only if the law of the State or political subdivision requires law enforcement authorities to verify that the individual is qualified under law to receive the license."
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA  95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>
>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Date: Thursday, February 6, 2025 at 9:24 AM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Ben,
>>
>> My morning meeting has been rescheduled, so I am generally free mid-day as well. Let me know if there's a particularly good time for you, otherwise I'll try to reach you around 1:00 your time.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA  95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>

>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Date: Wednesday, February 5, 2025 at 3:34 PM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Ben,
>>
>> I should be free around 1:30 California time/3:30 Louisiana time. Does that work for you?
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>
>>
>>
>> From: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Date: Wednesday, February 5, 2025 at 2:50 PM
>> To: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Subject: RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Hey Steve, how does tomorrow (Thursday) look for you? I'm mostly good around mid-day.
>>
>> <image001.png>
>>
>> J. Benjamin Aguiñaga
>> Solicitor General
>> Office of Attorney General Liz Murrill
>> Tel: (225) 506-3746
>>
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov>>>
>>
www.AGLizMurrill.com<http://www.aglizmurrill.com/><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3

e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e>
>>
>>
>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>
>> Sent: Wednesday, February 5, 2025 2:03 PM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>>
>> CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>> Ben,
>>
>> Following up here. Let me know if there’s a good time for us to connect this week.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>
>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>>
>> Date: Monday, February 3, 2025 at 2:25 PM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Ben,
>>
>> Sorry for the delayed response—I’ve been tied up today. My schedule is flexible tomorrow and Wednesday if there’s a good time for you.
>>

>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>
>>
>> From: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>>
>> Date: Monday, February 3, 2025 at 6:48 AM
>> To: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Steve, apologies for the delay—we've got a few things during. Want to give me a ring this afternoon to discuss?
>>
>> Sent from my iPhone
>>
>> On Jan 29, 2025, at 7:37 PM, Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>> wrote:
>>
>> CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>>
>> Ben,
>>
>> Do you have time for a follow up call? In particular, I'd like to discuss the impact of Louisiana's licensing scheme with the federal Gun Free School Zones Act's limited exemption that applies only for individuals who have a license issued by the state in which the school zone is located. See United States v. Allam, 677 F. Supp. 3d 545, 566–67 & nn.30–31 (E.D. Tex. 2023) (discussing exemption); 18 U.S.C. § 922(q)(2)(B)(ii) (providing an exemption "if the individual possessing the firearm is licensed to do so by the State in which the school zone is located or a political subdivision of the State, and the law of the State or political subdivision requires that, before an individual obtains such a license, the law enforcement authorities of the State or political subdivision verify that the individual is qualified under law to receive the license").
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825

>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailt
o:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3c
mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.co
m%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawg
roup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbr
ooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>>
>>
>>
>> From: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:Aguina
gaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@
ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>>
>> Date: Wednesday, January 22, 2025 at 9:33 AM
>> To: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmai
lto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%
3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>>
>> Subject: RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Steve, feel free to give me a ring at the number below any time this afternoon when you free up—I don't need to join anyone on our end for this brief call. Thanks!
>>
>> <image001.png>
>>
>> J. Benjamin Aguiñaga
>> Solicitor General
>> Office of Attorney General Liz Murrill
>> Tel: (225) 506-3746
>>
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguina
gab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab
@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag
.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.l
ouisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.lo
uisiana.gov>>>>
>>
www.AGLizMurrill.com<http://www.aglizmurrill.com/><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/
%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/ww
w.aglizmurrill.com/%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizM
urrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3
e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e><http://www.AGLizMurrill.com%3chttp
:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.A
GLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%
3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3cht
tp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www
.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.agliz
murrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.
com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e
%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.a
glizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurr
ill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.co

m/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3cht
tp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/
www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.
com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3
chttp:/www.aglizmurrill.com/%3e%3e%3e%3e%3e>
>>
>>
>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmai
lto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%
3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>>
>> Sent: Monday, January 20, 2025 1:16 PM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:Aguina
gaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@
ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>>
>> CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>> Wednesday works for me. I have a brief court appearance at 10:30 California time/1:30 Louisiana time. Otherwise my schedule is generally clear.
>>
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailt
o:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3c
mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.co
m%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawg
roup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbr
ooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>>
>>
>> From: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:Aguina
gaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@
ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.lo
uisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.loui
siana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisi
ana.gov>>>>>
>> Date: Monday, January 20, 2025 at 10:50 AM
>> To: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmai
lto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%
3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.c
om%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrookla
wgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@be
nbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>>>

>> Subject: RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> No problem, Steve. Wednesday may be better because we're in for some sort of winter storm tomorrow. Just let me know, thanks.
>>
>> <image001.png>
>>
>> J. Benjamin Aguiñaga
>> Solicitor General
>> Office of Attorney General Liz Murrill
>> Tel: (225) 506-3746
>>
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguina
gab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab
@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag
.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.l
ouisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.lo
uisiana.gov>>>>
>>
www.AGLizMurrill.com<http://www.aglizmurrill.com/><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/
%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/ww
w.aglizmurrill.com/%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizM
urrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3
e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e><http://www.AGLizMurrill.com%3chttp
:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.A
GLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%
3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3cht
tp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www
.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.agliz
murrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.
com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e
%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.a
glizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurr
ill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.co
m/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3cht
tp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/
www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.
com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3
chttp:/www.aglizmurrill.com/%3e%3e%3e%3e%3e>
>>
>>
>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmai
lto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%
3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.c
om%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrookla
wgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@be
nbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>>>
>> Sent: Monday, January 20, 2025 12:46 PM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:Aguina
gaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@

ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>>
>> CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>> Ben,
>>
>> Apologies for the delay here. I'm still waiting for my client to respond on one of the issues you raised below. Can we find time to talk tomorrow or Wednesday?
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>>
>>
>> From: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>>>
>> Date: Saturday, January 18, 2025 at 6:49 AM
>> To: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>>>
>> Cc: Faircloth, Zachary
<FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov>>>>>, Huettemann, Caitlin
<HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov%3cm

ailto:HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.go
v%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisi
ana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC
@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:Hue
ttemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov>>>>>, george@arm-
assoc.com<mailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com>>>> <george@arm-assoc.com<mailto:george@arm-assoc.com<mailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com<mailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com>>>>>, Bradley Benbrook
<brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com%3cmailto
:brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com%3cmai
lto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com%3c
mailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.co
m%3cmailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgro
up.com%3cmailto:brad@benbrooklawgroup.com>>>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Hi, Steve:
>>
>> Yes I can be available Monday largely at any time. Just let me know what works. Thanks.
>>
>> Ben
>>
>> Sent from my iPhone
>>
>> On Jan 16, 2025, at 12:13 PM, Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmai
lto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%
3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>> wrote:
>>
>> CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>>
>> Ben,
>>
>> Thanks for your patience. Do you have time early next week to discuss the issues you raised below?
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>

steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>>
>>
>> From: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>>
>> Date: Monday, January 6, 2025 at 8:11 AM
>> To: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>>
>> Cc: Faircloth, Zachary
<FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov>>>>, Huettemann, Caitlin
<HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov>>>>, george@arm-assoc.com<mailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com>>> <george@arm-assoc.com<mailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com>>>>, Bradley Benbrook
<brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com>>>>
>> Subject: RE: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Hi, Steve:
>>
>> I hope you had a great new year holiday. I understand you're out of the office—there's no time pressure on our end. Just circle back with some times that would work for you when you're back in, and we can reconnect. Many thanks.
>>
>> Ben
>>
>> <image001.png>
>>
>> J. Benjamin Aguiñaga
>> Solicitor General
>> Office of Attorney General Liz Murrill
>> Tel: (225) 506-3746
>>
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.lo

uisiana.gov>>>>
>>
www.AGLizMurrill.com<http://www.aglizmurrill.com/><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/
%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/ww
w.aglizmurrill.com/%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizM
urrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3
e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e><http://www.AGLizMurrill.com%3chttp
:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.A
GLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%
3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3cht
tp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www
.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.agliz
murrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.
com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e
%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.a
glizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurr
ill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.co
m/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3cht
tp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/
www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.
com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3
chttp:/www.aglizmurrill.com/%3e%3e%3e%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e
%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/ww
w.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/www.A
GLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%
3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/
www.aglizmurrill.com/%3e%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/
www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizm
urrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/www.AGLizMurri
ll.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3
chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.agliz
murrill.com/%3e%3e%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.
AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.c
om/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/www.AGLizMurrill.com
%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:
/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurril
l.com/%3e%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurri
ll.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3
chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/w
ww.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLi
zMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e
%3e%3e%3e%3e%3e>
>>
>>
>>
>> From: Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmai
lto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%
3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>>
>> Sent: Thursday, January 2, 2025 12:32 PM
>> To: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:Aguina

gaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>>
>> Cc: Faircloth, Zachary
<FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov>>>>; Huettemann, Caitlin
<HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov>>>>; george@arm-assoc.com<mailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com>>>; Bradley Benbrook
<brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com>>>>
>> Subject: Re: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>>
>> CAUTION: This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>> Ben,
>>
>> We will review these issues with our clients and will refrain from serving the summons and complaint for the time being. Note that I am out of the office until January 14 but we will work to provide a substantive response before then.
>>
>> If you are available, it may be helpful for us to have a phone call sometime next week.
>>
>> Sincerely,
>>
>> Steve
>> Stephen Duvernay
>> Benbrook Law Group, PC
>> 701 University Avenue, Suite 106
>> Sacramento, CA 95825
>> (916) 447-4900
>>
steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com<mailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com%3cmailto:steve@benbrooklawgroup.com>>>>
>>
>>
>> From: Aguinaga, Ben
<AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov<mailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov%3cmailto:AguinagaJ@ag.louisiana.gov>>>>>
>> Date: Monday, December 30, 2024 at 1:54 PM
>> To: george@arm-assoc.com<mailto:george@arm-assoc.com<mailto:george@arm-

assoc.com%3cmailto:george@arm-assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com<mailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com>>>> <george@arm-assoc.com<mailto:george@arm-
assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com<mailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com<mailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-
assoc.com%3cmailto:george@arm-assoc.com%3cmailto:george@arm-assoc.com>>>>>, Bradley Benbrook
<brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com%3cmailto
:brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com%3cmai
lto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com<mailto:brad@benbrooklawgroup.com%3c
mailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.co
m%3cmailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgroup.com%3cmailto:brad@benbrooklawgro
up.com%3cmailto:brad@benbrooklawgroup.com>>>>>, Steve Duvernay
<Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmai
lto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%
3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com<mailto:Steve@benbrooklawgroup.c
om%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrookla
wgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com%3cmailto:Steve@be
nbrooklawgroup.com%3cmailto:Steve@benbrooklawgroup.com>>>>>
>> Cc: Faircloth, Zachary
<FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:Fairclot
hZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@a
g.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov<mailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.loui
siana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisia
na.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana.gov%3cmailto:FairclothZ@ag.louisiana
.gov>>>>>, Huettemann, Caitlin
<HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov%3cm
ailto:HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.go
v%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov<mailto:HuettemannC@ag.louisi
ana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC
@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov%3cmailto:Hue
ttemannC@ag.louisiana.gov%3cmailto:HuettemannC@ag.louisiana.gov>>>>>
>> Subject: Mate v. Westcott, No. 24-cv-1780 (W.D. La.)
>> Good morning, counsel:
>>
>> Although we do not yet appear to have been served, I've become aware of the above-captioned case now pending before Judge Cain. There are a few issues with the case that we would like to raise immediately to avoid unnecessary motions practice and allow you an opportunity to amend if you do not intend to dismiss the lawsuit. I've identified those issues below, and we would be happy to get on a call at your convenience.
>>
>> First, neither Secretary Westcott nor the Attorney General are proper parties in this case. As for Secretary Westcott, he does not have statutory authority to issue carry licenses. As reflected in La. R.S. 40:1379.3(A)(1), Louisiana law gives the deputy secretary of public safety services—that is, Colonel Hodges who heads the Louisiana State Police—this authority. An injunction against Secretary Westcott, therefore, would not provide any effectual relief to your clients, because Colonel Hodges would remain unencumbered. As for Attorney General Murrill, the Complaint's allegation (Paragraph 13) that she generally enforces Louisiana law is insufficient to overcome her sovereign immunity. See, e.g., Texas All. for Retired Americans v. Scott, 28 F.4th 669, 672 (5th Cir. 2022) ("[A]n official must have more than 'the general duty to see that the laws of the state are implemented.'"). Accordingly, if you plan to maintain this lawsuit, we'd respectfully ask that you amend your Complaint to drop Secretary Westcott and the Attorney General, and replace them

with Colonel Hodges.
>>
>> Second, Plaintiff Mate does not have a viable legal claim. According to Paragraph 9, he "possesses" a Texas carry license and "desires and intends to obtain a carry license so that he can exercise his right to carry a handgun for self-defense and lawful purposes while visiting Louisiana." But Louisiana law already deems him to hold such a license. La. R.S. 40:1379.3(T)(2), (3) provide that a current and valid permit issued by a reciprocity State such as Texas is "deemed to be valid" in Louisiana as well and is governed "by the laws of this state regarding carrying a concealed handgun pursuant to a permit issued in accordance with this Section." Accordingly, Mate enjoys all the rights and benefits held by Louisiana permittees, including, for example, carrying within 1,000 feet of a school, La. R.S. 14:95.2(C)(9), and limitations on liability, La. R.S. 9:2793.12. Because Mate has no injury in fact and thus no Article III standing, we respectfully ask that any amended complaint drop Mate as a plaintiff.
>>
>> Third, Plaintiff Baker also does not have a viable legal claim. Unlike Mate, Baker does not appear to hold a carry license, since, according to Paragraph 10, he "regularly carries a concealed firearm in public for self-defense in Arkansas pursuant to that State's 'constitutional carry' law." But Arkansas is a reciprocity State vis-à-vis Louisiana. So, pursuant to the Louisiana statutes detailed above, Baker may readily obtain all benefits held by Louisiana permittees if he would simply apply for an Arkansas permit just as Louisiana residents must apply for Louisiana permits. He thus has no standing to pursue Counts I and II. See Murthy v. Missouri, 603 U.S. 43, 73 (2024) ("plaintiffs 'cannot manufacture standing merely by inflicting harm on themselves based on their fears of hypothetical future harm that is not certainly impending'"). For the same reason, moreover, Baker's (and Mate's) Privileges and Immunities claim fails because he plainly stands on "equal footing" with Louisiana residents. Accordingly, we respectfully ask that any amended complaint drop Baker as a plaintiff.
>>
>> Finally, the only remaining plaintiff is the Coalition itself—but Paragraph 11 does not identify any Coalition member that would not suffer from the same defects identified above. As a result, the Complaint would be dismissed if the Coalition stood alone as a plaintiff.
>>
>> I hasten to add that the State wholeheartedly embraces the Second Amendment, as demonstrated by our firearm-friendly laws. We thus do not see your clients as typical adversarial opponents. As a matter of courtesy and efficiency, therefore, we wanted to bring these issues to your attention rather than engage in motions practice that will end in dismissal. As I say, we would be happy to talk by phone if that would be helpful. Thanks, and Happy New Year.
>>
>> Ben
>>
>>
>> <image001.png>
>>
>> J. Benjamin Aguiñaga
>> Solicitor General
>> Office of Attorney General Liz Murrill
>> Tel: (225) 506-3746
>>
aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov<mailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov%3cmailto:aguinagab@ag.louisiana.gov>>>>
>>
www.AGLizMurrill.com<http://www.aglizmurrill.com/><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizM

urrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3
e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e><http://www.AGLizMurrill.com%3chttp
:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.A
GLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%
3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3cht
tp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www
.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e><http://www.AGLizMurrill.com%3chttp:/www.agliz
murrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.
com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e
%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.a
glizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurr
ill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.co
m/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3cht
tp:/www.aglizmur<http://www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com
%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:
/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.ag
lizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurril
l.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3
e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/w
ww.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLi
zMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.c
om/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3c
http:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e%3e
%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.a
glizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurr
ill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%
3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/
www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e%3chttp:/
www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.
com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmur>rill.com/%3e%3chttp:/www.AGLizMurrill.com%
3chttp:/www.aglizmurrill.com/%3e%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3chtt
p:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.agliz
murrill.com/%3e%3chttp:/www.AGLizMurrill.com%3chttp:/www.aglizmurrill.com/%3e%3e%3e%3e%3e>

>>

>>

>>

>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to
postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster
@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.stat
e.la.us%3cmailto:postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3
cmailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3cmailt
o:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us>>>>.

>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any

review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to
postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us>>>.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to
postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us>>>.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to
postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us>>>.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to
postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us>>.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to
postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us%3cmailto:postmaster@ag.state.la.us>>.

>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us>.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us<mailto:postmaster@ag.state.la.us>.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended

recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>> <2025-04-10 Louisiana Proposal.docx>

>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

<Mate v. Westcott - Proposed Abeyance Order.docx>
<Mate v. Westcott - Joint Abeyance Motion.docx>

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.