**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ELLA POOL, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>COLONEL FRANK J. BESSON,<br><br>DEFENDANT. | Civil Action No. 6:26-cv-2650<br><br>Judge: DCJ - DJA |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Defendant Colonel Frank J. Besson respectfully moves to extend his responsive-pleading deadline until after the Court resolves Defendant's Motion for Sanctions (ECF No. 23). In the interest of judicial economy, Defendant further requests that the Court consider a new responsive-pleading deadline at the status conference contemplated in the parties' Joint Status Report, alongside the briefing schedule for Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 22 at 2. Defendant has conferred with Plaintiffs' counsel, who agree that this is the prudent course and do not oppose the requested extension.

Dated: October 9, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Zachary Faircloth*
ZACHARY FAIRCLOTH (LA 39875)
Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 421-4088
Facsimile: (225) 326-6795
FairclothZ@ag.louisiana.gov

*Counsel for Defendant*