Docusign Envelope ID: 32895ECC-104C-8878-818F-3D8848B261E2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELLA POOL; CHRISTIAN McDUFFIE; CHARLES MATTHEWS; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COLONEL FRANK J. BESSON[1], in his official capacity as Superintendent of the Louisiana State Police,<br><br>Defendant. | Civil Action No.: 6:26-cv-02650-DCJ-DJA |

**DECLARATION OF BRANDON COMBS**

**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S RULE 11 MOTION**

[1] Defendant Colonel Frank J. Besson was substituted for Colonel Robert Hodges in accordance with Fed. R. Civ. P. 25(d).

Docusign Envelope ID: 32895ECC-104C-8878-818F-3D8848B261E2

I, Brandon Combs, declare:

1. I am over 18 years old. I am competent to give this declaration. I have personal knowledge of the matters set forth below and would be able to testify to them if called as a witness.

2. I am the President and Founder of Firearms Policy Coalition, Inc. ("FPC"), a plaintiff in this action. I have held the elected position of President of FPC since the organization was founded in 2014. I am authorized to testify on behalf of FPC as to matters set forth in this Declaration.

3. While *Mate v. Westcott* was pending, none of the Individual Plaintiffs in this case (Ella Pool, Christian McDuffie, and Charles Matthews) were members of FPC.

I declare under penalty of perjury under the laws of the United States America and State of Louisiana that the foregoing is true and correct.

Executed 10/19/2026 ________________. Signed by: ________________ 9B00C49FE02C4D9...

Brandon Combs