Docusign Envelope ID: D537D905-B532-87C1-8153-4BB95D9AFD04

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELLA POOL; CHRISTIAN McDUFFIE; CHARLES MATTHEWS; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COLONEL FRANK J. BESSON[1], in his official capacity as Superintendent of the Louisiana State Police,<br><br>Defendant. | Civil Action No.: 6:26-cv-02650-DCJ-DJA |

**DECLARATION OF CHARLES MATTHEWS**

**IN SUPPORT PLAINTIFFS' OPPOSITION TO DEFENDANT'S RULE 11 MOTION**

[1] Defendant Colonel Frank J. Besson was substituted for Colonel Robert Hodges in accordance with Fed. R. Civ. P. 25(d).

Docusign Envelope ID: D537D905-B532-87C1-8153-4BB95D9AFD04

I, Charles Matthews, declare:

1. I am over 18 years old. I am competent to give this declaration. I have personal knowledge of the matters set forth below and would be able to testify to them if called as a witness.

2. As of December 20, 2024, the date the complaint was filed in *Mate v. Westcott*, I was 17 years old.

I declare under penalty of perjury under the laws of the United States America and State of Louisiana that the foregoing is true and correct.

Executed on 10/14/2026.

Signed by:
Charles Matthews
6ABA8A8BB256491...

Charles Matthews