**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELLA POOL; CHRISTIAN McDUFFIE; CHARLES MATTHEWS; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COLONEL FRANK J. BESSON[1], in his official capacity as Superintendent of the Louisiana State Police,<br><br>Defendant. | Civil Action No.: 6:26-cv-02650-DCJ-DJA |

**DECLARATION OF BRADLEY A. BENBROOK**

**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S RULE 11 MOTION**

[1] Defendant Colonel Frank J. Besson was substituted for Colonel Robert Hodges in accordance with Fed. R. Civ. P. 25(d).

I, Bradley A. Benbrook, declare:

1. I am an attorney, licensed to practice law in the State of California and State of Texas, and an attorney with the law firm of Benbrook Law Group, PC, counsel of record for Plaintiffs in this matter. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto. I also served as counsel of record for the Plaintiffs in *Mate v. Westcott*, No. 2:24-cv-1780.

2. I was admitted to the State Bar of California in 1995. I am also a member of the State Bar of Texas. I obtained my law degree in 1993 from the University of California, Berkeley (Boalt Hall), and received my undergraduate degree from Stanford University. After graduating from law school, I clerked for the Honorable J.L. Edmondson, Judge of the United States Court of Appeals for the Eleventh Circuit.

3. Before founding Benbrook Law Group in 2012, I worked for 14 years (as an associate and a partner) at Stevens & O'Connell LLP. This boutique litigation firm was founded by two former United States Attorneys for the Eastern District of California, Charles Stevens and George O'Connell. Much of our civil and criminal litigation involved sensitive public policy matters. The firm was hired multiple times by public agencies to conduct independent investigations of alleged wrongdoing by one or more of its employees. These representations would not have been possible without the firm's reputation for integrity.

4. I started Benbrook Law Group with the goal of focusing on constitutional and other public policy litigation.

5. Until 2026, Benbrook Law Group was a two-lawyer firm: myself and Steve Duvernay. Steve was admitted to the California Bar in 2007. He obtained his law degree, *cum laude*, from the University of Notre Dame Law School, and earned an undergraduate degree from the University of California, Berkeley. In addition to Steve's professional experience, he is the Chief Senior Research Fellow at UC Berkeley Law School's California Constitution Center, where he has co-authored several published journal articles, and regularly authors op-eds and provides

commentary on state constitutional law. Steve is an adjunct professor at University of the Pacific, McGeorge School of Law and previously served as a lecturer at UC Berkeley School of Law.

6. In early 2026, we added Jamie G. McWilliam as an associate. Jamie is a 2022 graduate of Harvard Law School. After graduation, he clerked for the Honorable Lawrence VanDyke, Judge of the United States Court of Appeals for the Ninth Circuit. Before joining Benbrook Law Group in 2026, Jamie was an associate at Kirkland & Ellis LLP. He earned a degree in mechanical engineering (with highest honors) from Montana State University. Jamie is a Research Fellow at the University of Wyoming Firearms Research Center. His scholarship focuses on originalism, natural law, and the Second Amendment, and his work has been cited by several federal courts of appeals.

7. Over the past 14 years, Benbrook Law Group has filed 35 amicus briefs at the Supreme Court of the United States. We are hired by diverse groups seeking to argue on a broad range of issues, including: Second Amendment and firearms rights; speech rights; election law matters, including the Voting Rights Act; equal protection and race preference cases; takings issues; and Fourth Amendment search and seizure issues. The Court cited our brief for Sen. Ted Cruz and other members of the United States Senate in *Brnovich v. Democratic Nat'l Comm.*, 594 U.S. 647, 660 n.6 (2021). Justice Thomas cited our brief in his concurrence in *United States v. Hemani*, 146 S.Ct. 1677, 1696 n.*, 1697 (2026) (Thomas, J., concurring), where we argued on behalf of Firearms Policy Coalition that the prohibition on firearm possession in 18 U.S.C. § 922(g)(3) exceeded Congress's Article I authority under the Commerce Clause. Justice Thomas wrote that "[t]his question merits a closer look in an appropriate case." *Id*. at 1698. The Fifth Circuit recently voted to take *United States v. Squire*, (5th Cir., No. 25-30324), *en banc* to consider that Commerce Clause question, and we filed an amicus brief on behalf of Firearms Policy Coalition in that case as well.

8. We have filed briefs in many of the Court's significant cases in the past several years, including *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022); *Students for Fair*

*Admissions, Inc. v. President and Fellows of Harvard College*, 600 U.S. 181 (2023); and *Louisiana v. Callais*, 608 U.S. 85 (2026).

9. The firm routinely litigates complex appeals in state and federal courts, and the firm's public policy litigation has resulted in a number of published opinions, including: *Reed v. Gallagher*, 248 Cal. App. 4th 841 (2016); *Firearms Pol'y Coal. Second Amend. Defense Comm. v. Harris*, 192 F. Supp. 3d 1120 (E.D. Cal. 2016); *Publius v. Boyer-Vine*, 237 F. Supp. 3d 997 (E.D. Cal. 2017); *Pini v. Fenley*, 9 Cal. App. 5th 67 (2017); *Doe v. Becerra*, 20 Cal. App. 5th 330 (2018); *Tracy Rifle & Pistol LLC v. Harris*, 339 F. Supp. 3d 1007 (E.D. Cal. 2018); *Miller v. Bonta*, 646 F. Supp. 3d 1218 (S.D. Cal. 2022); *Renna v. Bonta*, 667 F. Supp. 3d 1048 (S.D. Cal. 2023); *Mock v. Garland*, 697 F. Supp. 3d 564 (N.D. Tex. 2023); *Hoffman v. Bonta*, 789 F. Supp. 3d 995 (S.D. Cal. 2025).

10. We also represent States seeking local counsel in California litigation involving public policy matters. In 2020, for example, Louisiana Attorney General Jeff Landry's office hired Benbrook Law Group to represent Louisiana in federal litigation in the Northern District of California. *California v. Wheeler* (N.D. Cal. No. 4:20-4869), and *American Rivers v. Wheeler* (N.D. Cal. No. 3:20-4636). Louisiana led a coalition of States seeking to intervene in two cases challenging U.S. Environmental Protection Agency regulations that Louisiana and other States sought to defend.

11. We also represent trade organizations challenging California laws. For example, we represent the American Petroleum Institute in California's challenge to the United States Congress' disapproval, under the Congressional Review Act, of U.S. Environmental Protection Agency regulations. *California v. United States* (N.D. Cal., Case No. 4:25-4966).

12. We have successfully sued to enjoin three California laws for violating First Amendment speech rights. *Firearms Pol'y Coal. Second Amend. Defense Comm. v. Harris*, 192 F. Supp. 3d 1120 (E.D. Cal. 2016) (successful First Amendment challenge to statute prohibiting the use of the public video feed from the California State Assembly "for any political or commercial purpose"); *Publius v. Boyer-Vine*, 237 F. Supp. 3d 997 (E.D. Cal. 2017) (secured

injunction enjoining the enforcement of a statute prohibiting the publication of public officials' contact information on the Internet on First Amendment and Dormant Commerce Clause grounds); *Tracy Rifle & Pistol LLC v. Harris*, 339 F. Supp. 3d 1007 (E.D. Cal. 2018) (obtained permanent injunction in First Amendment challenge to statute prohibiting firearms dealers from displaying handgun advertisements on their premises).

13. The firm has also served as counsel of record in several constitutional appeals, including: *Silvester v. Harris*, 843 F.3d 816 (9th Cir. 2016); *Gallinger v. Becerra*, 898 F.3d 1012 (9th Cir. 2018); *Wolford v. Lopez*, 116 F.4th 959 (9th Cir. 2024) (representing the appellees in *Carralero v. Bonta*, No. 23-4354); *Granata v. Campbell*, 1st Cir. No. 22-1478; *Mock v. Garland*, 5th Cir. No. 23-11199; *Mock v. Garland*, 5th Cir. No. 24-10743; *Ziegenfuss v. Martin*, 5th Cir. No. 26-10302.

14. The firm is also hired in prominent election litigation matters. *See, e.g.*, *Heatlie v. Padilla*, Sacramento Cty. Super Ct. Case No. 34-2020-80003499 (secured writ of mandate extending deadline for recall proponents to circulate petitions to recall governor); *Newsom v. Weber*, Sacramento Cty. Super Ct. Case No. 34-2021-80003666 (represented recall candidate in successfully opposing Governor Newsom's efforts to evade state law governing party identification on recall ballot).

I declare under penalty of perjury under the laws of the United States America and State of Louisiana that the foregoing is true and correct.

Executed October 20, 2026.    /s/ Bradley A. Benbrook

Bradley A. Benbrook