**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELLA POOL; CHRISTIAN McDUFFIE; CHARLES MATTHEWS; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COLONEL FRANK J. BESSON[1], in his official capacity as Superintendent of the Louisiana State Police,<br><br>Defendant. | Civil Action No.: 6:26-cv-02650-DCJ-DJA |

**DECLARATION OF MCGREGOR SCOTT IN SUPPORT OF**

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S RULE 11 MOTION**

[1] Defendant Colonel Frank J. Besson was substituted for Colonel Robert Hodges in accordance with Fed. R. Civ. P. 25(d).

I, McGregor Scott, declare:

1. I am over 18 years old. I am competent to give this declaration. I have personal knowledge of the matters set forth below and would be able to testify to them if called as a witness.

2. I am a partner at King & Spalding, where I litigate special matters and government investigations throughout the United States. I have been a member of the State Bar of California since 1989.

3. I have twice been nominated and confirmed as the United States Attorney for the Eastern District of California, based in Sacramento, California. I served as the United States Attorney from 2003 to 2009, and again from 2017 to 2021.

4. I am familiar with the work of Benbrook Law Group and its attorneys. I have known Brad Benbrook for more than 20 years and Steve Dunvernay for nearly 15 years. They are leaders of the Sacramento legal community. I have attended several events over the years where each of them has presented on major Supreme Court decisions. I am familiar with the cases they bring and their reputations as lawyers. Benbrook Law Group has an outstanding reputation in California for professionalism and high-quality work.

I declare under penalty of perjury under the laws of the United States America and State of Louisiana that the foregoing is true and correct.

Executed on October 14, 2026.

McGregor Scott